■ In the Matter of ALBERT CAMPBELL, Petitioner, v SUSAN CONNELL, as Superintendent of Oneida Correctional Facility, Respondent. [845 NYS2d 211]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Oneida County [John W. Grow, J.], entered April 9, 2007) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON R. BARAN, Appellant. [845 NYS2d 210]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered December 2, 2005. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ.